# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

Freddie De Los Santos

**WARRANT LODGED AS DETAINER**

CASE NUMBER: 3:03cr96(RNC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to detain __Freddie De Los Dantos__

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Conspiracy to Distribute Controlled Substance, Controlled Substance-Sell, Distribute or Disp. and Criminal Forfeitures

ATTESTED TO AS
A TRUE COPY
ON THIS DATE _____
BY: _____
Deputy Clerk

in violation of Title 21 United States Code, Section(s) 846, 841 & 853

Kevin F. Rowe
Name of issuing Officer

by _[signature]_  Deputy Clerk
Signature of Issuing Officer

Clerk
Title of Issuing Officer

April 16, 2003 @ New Haven
Date and Location

Note: Prior to your court appearance, please contact the Probation Office in Hartford at (860)240-3661.

Bail Fixed at $ _____

The Honorable Janet Bond Arterton
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: __Hartford, CT__

| DATE RECEIVED 4/16/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/29/03 | S.A FBI | _[signature]_ |